## In the Matter of Charles A. VICTOR, II.

### Nos. 496 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 23, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 23rd day of April, 1999, Charles A. Victor, II, having been disbarred from the practice of law in the Commonwealth of Massachusetts by Judgment of Disbarment of the Supreme Judicial Court for Suffolk County dated November 18, 1998; the said Charles A. Victor, II, having been directed on February 24, 1999, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Charles A. Victor, II, is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

## In the Matter of Donald Albert YOUNG.

### No. 502 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 23, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 23rd day of April, 1999, a Rule having been entered by this Court on March 15, 1999, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Donald Albert Young to show cause why he should not be placed on temporary suspension; and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; Donald Albert Young is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.